# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> JEFFREY S. HALL, ) <br> ) <br> **Defendant/Petitioner** ) | **Criminal No. 2:02-cr-63-DBH-01** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 6, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 Motion. The time within which to file objections expired on December 20, 2017, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **Ordered** that the Recommended Decision of the Magistrate Judge is hereby **Adopted**. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 Cases. The petitioner's motion for habeas relief under 28 U.S.C. § 2255 is **Denied**. No certificate of appealability shall issue pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**So Ordered.**

**Dated this 21st day of December, 2017**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**